**Order entered October 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00855-CV

## RUBY URQUHART, Appellant

## V.

## TERRY LEVOY MARSAW, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02519-E**

## ORDER

By letter filed September 27, 2019, appellant has requested preparation of the reporter's record. Accordingly, we **ORDER** Brooke Wagner, Official Court Reporter for County Court at Law No. 5, to file the record no later than October 31, 2019. Because the clerk's record includes a copy of appellant's statement of inability to afford payment of court costs and nothing in the record reflects the trial court has ordered appellant to pay costs, the record shall be filed without payment of costs. *See* TEX. R. CIV. P. 145(a).

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wagner and the parties.

/s/     ERIN A. NOWELL
        JUSTICE